**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARVON D. GREEN,<br><br>             Plaintiff,<br><br>    v.<br><br>D. JACKSON, et al.,<br><br>             Defendants. | No. 1:24-cv-0576 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN THIRTY DAYS<br><br>(Docs. 5, 12) |

       Jarvon Green is a state prisoner and seeks to proceed *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The magistrate judge found Plaintiff is subject to the three strikes bar outlined in 28 U.S.C. § 1915. (Doc. 12 at 4-5.) In addition, the magistrate judge found Plaintiff did not allege facts supporting a conclusion that "he is imminent danger of serious physical injury" at the time of filing. (*Id.* at 5.) Because the claims alleged did not meet the "imminent danger" exception provided under Section 1915(g), the magistrate judge recommended Plaintiff be denied leave to proceed *in forma pauperis*. (*Id.*)

      The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due "[w]ithin 14 days of being served."[1] (Doc. 12 at 3.) The Court advised

---

[1] In the Findings and Recommendations, the magistrate judge indicated: "Within fourteen days after being served with these findings and recommendations – by July 25, 2024, – Plaintiff may file written objections with the Court." (Doc. 7 at 6, emphasis omitted.) However, the document was served on July 12, 2024, and the stated deadline granted Plaintiff fewer than 14 days to respond. In an abundance of caution, the Court did not take any action on the Findings and Recommendations until more 21 days passed after service.

1

1  him that the "failure to file objections within the specified time may waive the right to appeal the
2  District Court's order." (Doc. 12 at 6, citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).)
3  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 12, 2024 (Doc. 12), are **ADOPTED** in full.
2. Plaintiff's application to proceed *in forma pauperis* (Doc. 5) is **DENIED**.
3. Within thirty days of the date of service of this order, Plaintiff **SHALL** pay the filing fee in full.
4. **Plaintiff is advised the failure to comply with this order will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 2, 2024**

UNITED STATES DISTRICT JUDGE