# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. JACKSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-0576 JLT GSA<br><br>ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. 13) |

On August 2, 2024, the Court ordered Plaintiff to pay the filing fee in full within 30 days. (Doc. 13.) Despite the Court's warning that failure to pay as ordered would result in dismissal of the action (*id.* at 2), Plaintiff failed to pay the filing fee. Without such payment, the action cannot proceed before the Court at this time. Accordingly, the Court **ORDERS**:

1. Plaintiff's complaint is **DISMISSED** without prejudice.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 17, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE